UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| THE LOUISIANA COMMUNITY DEVELOPMENT CAPITAL INVESTMENT FUND, INC. AND FAITH INVESTMENTS, LLC | CIVIL ACTION NO. 14-2212 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THE GRAMBLING LEGENDS SQUARE TAXING DISTRICT | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

The Court has fully considered the record in this matter, including the Report and Recommendation of the Magistrate Judge [Doc. No. 15] and Plaintiff's subsequent filing of an Amended Complaint [Doc. No. 20] with leave of the Magistrate Judge [Doc. No. 19]. After due consideration, the Court ADOPTS IN PART and DECLINES TO ADOPT IN PART the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss Pursuant to Rule 12 [Doc. No. 8] filed by Defendant The Grambling Legends Square Taxing District is DENIED in its entirety. The Court expresses no opinion on the second Motion to Dismiss Pursuant to Rule 12 [Doc. No. 21] currently set before the Magistrate Judge for consideration and issuance of a second Report and Recommendation.

MONROE, LOUISIANA, this 12th day of February, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE