UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| THE LOUISIANA COMMUNITY DEVELOPMENT CAPITAL INVESTMENT FUND, INC. AND FAITH INVESTMENTS, LLC | * | CIVIL ACTION NO. 14-2212 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| THE GRAMBLING LEGENDS SQUARE TAXING DISTRICT | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss [Doc. No. 21] filed by Defendant The Grambling Legends Square Taxing District is GRANTED, and Plaintiffs' complaint, as amended, is hereby DISMISSED WITH PREJUDICE, in its entirety.

MONROE, LOUISIANA, this 16th day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE